UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RACHEL A. STALLWORTH,

    Plaintiff,

v.                                        Case No. 3:12cv2/MCR/EMT

THE UNITED STATES AIR FORCE and
ERIC K. FANNING, in his official capacity
as Secretary of the United States Air Force,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 5, 2015.  (Doc. 67).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The motion for summary judgment filed by Defendant Eric K. Fanning, as Secretary of the United States Department of the Air Force (doc. 50), is **GRANTED**.

3.    The judgment shall be entered by the clerk in favor of Defendants.

**DONE AND ORDERED** this 23rd day of March 2015.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**